■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN JACKSON, Appellant. [682 NYS2d 864] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered June 19, 1997, convicting him of robbery in the first degree and robbery in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he is entitled to a new trial as a result of certain remarks by the prosecutor during summation is, for the most part, unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Zephir,* 226 AD2d 408). In any event, the comments made by the prosecutor during summation were either fair comment on the evidence, permissive rhetorical comment, responsive to the defendant's summation (*see, People v Ashwal,* 39 NY2d 105; *People v Turner,* 214 AD2d 594), or were not so prejudicial as to constitute reversible error in light of the overwhelming evidence of the defendant's guilt (*see, People v Crimmins,* 36 NY2d 230).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Copertino, J. P., Sullivan, Krausman and Florio, JJ., concur.